IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LESTER N. JENKINS,

      Plaintiff,                                       No. CIV S-08-0276 LKK EFB PS

     vs.

FREDERICK J. HANNA & ASSOCIATES,         ORDER
P.C., LAW OFFICES OF HARRIS ZIDE,
AND JOHN AND JANE DOES 1-10,

      Defendants.
_____/

      This case, in which plaintiff is proceeding *in propria persona*, was referred to the undersigned under Local Rule 72-302(c)(21), pursuant to 28 U.S.C. § 636(b)(1). Plaintiff paid the filing fee and filed his complaint on February 6, 2008. On May 5, 2008, plaintiff submitted a written request for "a 30-day extension." Plaintiff does not explain which deadline he seeks to extend. The court notes that there is nothing on file showing proof of service. The deadline for serving defendants is swiftly approaching. *See* Fed. R. Civ. P. 4(m). If plaintiff needs additional time to effect service of process, he must specifically ask for it, and show good cause for the extension. *See id.* Plaintiff has done neither, and it is not even clear that this is the sort of extension he requests.

////

1

1  Accordingly, plaintiff's May 5, 2008, request for a "30-day extension" is denied.

2  SO ORDERED.

3  DATED: May 28, 2008.

*[signature]*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2