IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LESTER N. JENKINS,

      Plaintiff,

  vs.

FREDERICK J. HANNA & ASSOCIATES, P.C., LAW OFFICES OF HARRIS ZIDE, and JOHN AND JANE DOES 1-10,

      Defendants.

No. CIV S-08-0276 LKK EFB PS

ORDER TO SHOW CAUSE

    This case is before the undersigned pursuant to Local Rule 72-302(c)(21). *See* 28 U.S.C. § 636(b)(1). Plaintiff initiated this action by filing a complaint and paying the filing fee on February 6, 2008. On that same date, the court issued its initial scheduling order. That order directed plaintiff to complete service of process within 120 days, *see* Fed. R. Civ. P. 4(m), and set a status conference for May 14, 2008. The order further directed the parties to file status reports by no later than fourteen days prior to the status conference. It further cautioned the parties that failure to obey the federal or local rules or orders of the court could result in sanctions, including a recommendation that the case be dismissed.

    The court vacated the May 14, 2008, status conference upon reviewing the file and finding that plaintiff failed to file a status report pursuant to the order. The file further reveals

1

1  that plaintiff has failed to effect service of process on defendants.  Although plaintiff filed a
2  request for a thirty-day extension on May 5, 2008, the court denied that request because it did
3  not specify the purpose of the requested extension.
4      Accordingly, the court orders plaintiff to show cause in writing within twenty days from
5  the date of service of this order why this case should not be dismissed for failure to timely effect
6  service of process and failure to follow court orders.  Fed. R. Civ. P. 4(m); Local Rule 11-110.
7      SO ORDERED.
8  DATED:  June 30, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE