IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LESTER N. JENKINS,

    Plaintiff,

vs.

FREDERICK J. HANNA & ASSOCIATES, P.C., LAW OFFICES OF HARRIS ZIDE, and JOHN AND JANE DOES 1-10,

    Defendants.

No. CIV S-08-0276 LKK EFB PS

FINDINGS AND RECOMMENDATIONS

This fee-paid case is before the undersigned pursuant to E. D. Cal. L. R. 72-302(c)(21). *See* 28 U.S.C. § 636(b)(1). On June 30, 2008, this court ordered plaintiff to show cause in writing within twenty days why this case should not be dismissed for failure to: (1) timely serve the complaint, as required by Fed. R. Civ. P. 4(m), and (2) timely file status reports, as required by this court's scheduling order filed February 6, 2008. The twenty-day period has long expired, and plaintiff has not shown cause or otherwise responded to the court's order.

Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice for failure to comply with the federal and local rules of court. *See* Fed. R. Civ. P. 41(b); E. D. Cal. L. R. 11-110.

////

1

1   These findings and recommendations are submitted to the United States District Judge
2  assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within ten days after
3  being served with these findings and recommendations, any party may file written objections
4  with the court and serve a copy on all parties.  Such a document should be captioned "Objections
5  to Magistrate Judge's Findings and Recommendations."  Failure to file objections within the
6  specified time may waive the right to appeal the District Court's order. *Turner v. Duncan*, 158
7  F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).
8  DATED:  October 8, 2008.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2